Anthony DOVE, Plaintiff–Appellant,

v.

NORTH CAROLINA STATE EMPLOY-
EES CREDIT UNION; North Car-
olina Local Government Employees
Credit Union; Lynn Eubanks; Sid
Phillips; Christopher C. Hill, Detec-
tive; Lenoir County Sheriff Depart-
ment; Lenoir County, Defendants–Ap-
pellees.

No. 02–6836.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 9, 2002.

Decided Jan. 8, 2003.

Anthony Dove, Appellant Pro Se. Mat-
thew Scott Sullivan, Jonathan Mark Her-
ring, White & Allen, P.A., Kinston, North
Carolina; Mark Allen Davis, Womble, Car-
lyle, Sandridge & Rice, Raleigh, North
Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Anthony Dove appeals the district
court's order dismissing his civil action
against Defendants. We have reviewed
the record and find no reversible error.
Accordingly, we affirm on the reasoning of
the district court. *See Dove v. North Car-
olina State Employees Credit Union*, No.

CA–02–25–4–H (E.D.N.C. May 15, 2002).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*